UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20701-CR-GRAHAM

UNITED STATES OF AMERICA

v.

LEONARDO MIGUEL GARCIA MORALES,

    Defendant.

_____/

**UNITED STATES NOTICE OF PRODUCTION OF
ADVANCE JENCKS ACT MATERIALS**

The United States of America hereby files notice of its production to defendant Leonardo Miguel Garcia Morales dated November 1, 2018. Prior to this filing the items addressed below were electronically transmitted to counsel for defendant Morales.

1. Advance Jencks Act Production, FBI Report, October 29, 2018.

2. Advance Jencks Act Production, Florida Department of Corrections Report, March 4, 2014.

3. Advance Jencks Act Production, Miramar Police Report 1, March 4, 2014.

4. Advance Jencks Act Production, Miramar Police Report 2, March 4, 2014.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
    Ignacio J. Vázquez, Jr.
    Assistant United States Attorney
    Florida Bar No. 16275
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9318
    Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments are being sent via mail this 1st day of November, 2018 on all counsel of record or *pro se* parties.

    /s/Ignacio J. Vázquez, Jr.
Assistant United States Attorney