UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20701-CR-GRAHAM

UNITED STATES OF AMERICA

v.

LEONARDO MIGUEL GARCIA MORALES,

Defendant.
_____/

## VERDICT

1.   We, the Jury, unanimously find the Defendant, LEONARDO MIGUEL GARCIA MORALES, as to **Count 1** of the Indictment:

NOT GUILTY _____      GUILTY __X__

*[Note: If you find the Defendant NOT GUILTY as to Count 1 of the Indictment, then proceed to paragraph 2 and <u>disregard</u> sub-paragraph (a) below.]*

(a)   We, the Jury, having found the Defendant guilty of the offense charged in **Count 1**, further unanimously find with respect to that Count that the Defendant knowingly conspired (place an X in the appropriate box(es)):

i.   to commit the gold courier robbery as charged     [ ]

ii.  to commit the marijuana robbery as charged        [X]

1

2. We, the Jury, unanimously find the Defendant, **LEONARDO MIGUEL GARCIA MORALES**, as to **Count 2** of the Indictment:

    NOT GUILTY \_\_\_\_\_    GUILTY **X**

*[Note: If you find the Defendant NOT GUILTY as to Count 2 of the Indictment, then proceed to paragraph 3 and <u>disregard</u> sub-paragraph (a) below.]*

  (a) We, the Jury, having found the Defendant guilty of the offense charged in **Count 2**, further unanimously find with respect to that Count that he conspired to possess with intent to distribute the following controlled substance(s) in the amount(s) shown (place an X in the appropriate box(es)):

i. Cocaine—

    (1) Weighing 500 grams or more    [X]

    (2) Weighing less than 500 grams    [ ]

    (3) A detectable amount    [ ]

ii. Marijuana—

    (1) A detectable amount    [X]

3. We, the Jury, unanimously find the Defendant, **LEONARDO MIGUEL GARCIA MORALES**, as to **Count 3** of the Indictment:

    NOT GUILTY \_\_\_\_\_    GUILTY **X**

4. We, the Jury, unanimously find the Defendant, LEONARDO MIGUEL GARCIA MORALES, as to **Count 4** of the Indictment:

NOT GUILTY _X_        GUILTY _____

[*Note: If you find the Defendant NOT GUILTY as to Count 4 of the Indictment, then proceed to paragraph 5 and <u>disregard</u> sub-paragraphs (a) and (b) below.*]

(a) We, the Jury, having found the Defendant guilty of the offense charged in **Count 4**, further unanimously find with respect to that Count the firearm was (place an X in the appropriate box(es)):

    i. "used" during and in relation to the violent crime charged in Count 3 of the Indictment [ ]

    ii. "carried" during and in relation to the violent crime charged in Count 3 of the Indictment [ ]

    iii. "possessed" in furtherance of the violent crime charged in Count 3 of the Indictment [ ]

(b) We, the Jury, having found the Defendant guilty of the offense charged in **Count 4**, further unanimously find with respect to that Count that the firearm was brandished.

YES _____        NO _____

5. We, the Jury, unanimously find the Defendant, LEONARDO MIGUEL GARCIA MORALES, as to **Count 7** of the Indictment:

NOT GUILTY _____        GUILTY _X_

*[Note: If you find the Defendant NOT GUILTY as to Count 7 of the Indictment, then STOP and do NOT answer sub-paragraph (a) below.]*

(a)  We, the Jury, having found the Defendant guilty of the offense charged in **Count 7**, further unanimously find with respect to that Count that he attempted to possess with intent to distribute the following controlled substance(s) in the amount(s) shown (place an X in the appropriate box(es)):

i. Cocaine—

| | | |
|---|---|---|
| (1) | Weighing 500 grams or more | [X] |
| (2) | Weighing less than 500 grams | [ ] |

SO SAY WE ALL

_____
FOREPERSON OF THE JURY                 Dated: 1/7/19

4