UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20701--CR-(GRAHAM

| | |
|---|---|
| UNITED STATES OF AMERICA | **CLERK'S RELEASE** |
| Plaintiff, | **OF EXHIBITS** |
| v. | |
| LEONARDO GARCIA MORALES | |
| Defendans. / | |

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ to be stored by Records Section in: ☒ *Miami* ☐ FTL ☐ WPB ☐ KW ☐ FTP

☒ *All Defense exhibits introduced at time of trial were returned to Counsel for the Defendant.*

**ALL PARTIES SHALL COMPLY WITH ADMINISTRATIVE ORDER 2016-70 & ADMINISTRATIVE PROCEDURES, SECTION 6; REGARDING ADMITTED EVIDENCE**

Attachments (circle one)
Order of Court  or  *(Exhibit List)*

SIGNATURE: [signed]
DATE: 1-7-19

EXHIBITS RELEASED:

☒ EXHIBITS RELEASED TO ATTORNEY:

by: Clara A. Foster
(Courtroom Deputy)
January 7, 2019

_____
Attorney for the Defendant

ADDRESS: _____

TELEPHONE: (___)_____

SIGNATURE: _____

ORIGINAL-Court file                DATE: _____