## GOVERNMENT'S AMENDED EXHIBIT LIST

| UNITED STATES v. LEONARDO MIGUEL GARCIA MORALES | UNITED STATES DISTRICT C... SOUTHERN DISTRICT OF FL... |
|---|---|
| GOVERNMENT COUNSEL: ASSISTANT U.S. ATTORNEYS IGNACIO J. VÁZQUEZ, JR. & J. MAKENZIE DUANE<br><br>DEFENSE COUNSEL: DERIC ZACCA, ESQ. | CASE NUMBER CASE NO. 17...<br>DISTRICT JUDGE: HON. DON...<br>COURTROOM DEPUTY: CLA... |
|  |  |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | D... OF... |
|---|---|---|---|
| 1. | Crime Scene Photos re: September 30, 2012 Miramar Residence Exterior | E. Micheli | 12/ |
| 1A. | Crime Scene Photos re: September 30, 2012 Miramar Residence Exterior | Craig | 12/ |
| 2. | Crime Scene Photos re: September 30, 2012 Miramar Residence Interior | Craig | 12/ |
| 2A. | Crime Scene Photos re: September 30, 2012 Miramar Residence Interior | E. Micheli | 12/ |
| 3. | Crime Scene Photos re: September 30, 2012 Defendant Hospital Images | Aranda | 12/ |
| 3A. | Crime Scene Photos re: Defendant Clothing | Aranda | 12/ |
| 4. | Surveillance Hard Drive re: Attempted September 30, 2012 Robbery | Surveillance DVR | 12/ |
| 5. | Surveillance Hard Drive Disc re: Attempted September 30, 2012 Robbery | Recording | 12/ |
| 6. | Investigative Stills re: September 30, 2012 | Google map of location pictures | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | I OF |
|---|---|---|---|
| 7. | 911 Recordings re: September 30, 2012 | E. Micheli | 12 |
| 8. | 911 Recording Transcript re: September 30, 2012 | E. Micheli | 12 |
| 9. | Colt .38 Caliber Colt Firearm, Magazine re: Attempted September 30, 2012 Robbery (Probation Case Number) (Miramar Case Number 140300799) | Stacey Hadley Kandelon | 12 |
| 9A | Colt .38 Caliber Colt Firearm Ammunition re: Attempted September 30, 2012 Robbery (Probation Case Number) (Miramar Case Number 140300799) | | |
| 10. | Colt .38 Caliber Colt Firearm, Magazine and Nine Winchester Rounds Photos re: Attempted September 30, 2012 Robbery (Probation Case Number) (Miramar Case Number 140300799) | Stacey Hadley Kandelon | 12 |
| 11. | Victim .40 Caliber Glock Firearm and Magazine re: Attempted September 30, 2012 Robbery | Mr. Micheli | 12 |
| 11A | Victim .40 Caliber Glock Ammunition re: Attempted September 30, 2012 Robbery | Aranda | 12 |
| 12. | Three Victim .40 Caliber spent casings re: Attempted September 30, 2012 Robbery | Aranda | 12 |
| 13. | Victim's Firearm Projectile re: Attempted September 30, 2012 Robbery | Bertrand | 12 |
| 14. | Crime Scene Photos re: September 30, 2012 Victim firearm and ammunition | Aranda | 12 |
| 15. | Morales cellular phone re: Attempted September 30, 2012 Robbery | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | OF |
|---|---|---|---|
| 16. | Cell phone download disc and summary binder re: Attempted September 30, 2012 Robbery | officer Zeller | |
| 16A. | Cell phone download summary binder re: Attempted September 30, 2012 Robbery | Officer Zeller | |
| 17. | Image of L.O. | Elizabeth London | 12/ |
| 18. | Image of C.G. | Livan Ochill | |
| 19. | Image of C.M. | Alfredo Kindelan | 12/ |
| 20. | Image of D.M. | Marseno-Pena | 12/ |
| 21. | Image of L.P. | | |
| 22. | Image of A.K. | Rodriguez | |
| 23. | Image of ~~L.M.L.~~ J. M. M. | Rodriguez 12/7 | |
| 24. | Image of R.V. | Jim McKee 12/10 | |
| 25. | Image of G.F.S. | | |
| 26. | Image of C.M.A. | | |
| 27A. | Latent Fingerprint Cards 1 re: Attempted September 30, 2012 Robbery (No Value) | Officer Aranda | 12/ |
| 27B. | Latent Fingerprint Cards 2 re: Attempted September 30, 2012 Robbery (No Value) | '' | |
| 27C. | Latent Fingerprint Cards 3 re: Attempted September 30, 2012 Robbery (No Value) | | |

Page

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | OF |
|---|---|---|---|
| 27D. | Latent Fingerprint Cards 4 re: Attempted September 30, 2012 Robbery (No Value) | *Aranda* ✓ | 12/ |
| 27E. | Latent Fingerprint Card 5 re: Attempted September 30, 2012 Robbery (Of Value to A.K.) | " | |
| 27F. | Latent Fingerprint Cards 6 re: Attempted September 30, 2012 Robbery (No Value) | " | |
| 27G. | Latent Fingerprint Cards 7 re: Attempted September 30, 2012 Robbery (No Value) | " | |
| 27H. | Latent Fingerprint Card 8 re: Attempted September 30, 2012 Robbery (Of Value as J.M.L.) | " | |
| 27I. | Latent Fingerprint Card 9 re: Attempted September 30, 2012 Robbery (No Value) | " | |
| 28. | Morales Garcia Buccal Swab Packet re: Attempted September 30, 2012 Robbery (G2) | *Off. Melanie Peluso* ✓ | |
| 29. | Scene DNA Evidence from Front Walkway re: Attempted September 30, 2012 Robbery (G25) | *Off. Aranda* ✓ | |
| 30. | Mask Swab re: Attempted September 30, 2012 Robbery (G24) | " | |
| 31. | Front Walkway Blood Swab and Main Breaker Swab re: Attempted September 30, 2012 Robbery (G5 and 6) | *Off. Aranda* ✓ | |
| 32. | Morales sneaker and socks re: Attempted September 30, 2012 Robbery | " | |
| 33. | Shirt, Shorts and Belt re: Attempted September 30, 2012 Robbery | " | |
| 34. | Skeleton Mask re: Attempted September 30, 2012 Robbery | " | |
| 34A. | Skeleton Mask Photos | " | 12 |
| 35. | Morales Bracelet re: Attempted September 30, 2012 Robbery | " | |

4

| EX: | DESCRIPTION OF EXHIBIT | WITNESS | OF |
|---|---|---|---|
| 36. | Photos re: October 12, 2012 Gold Robbery | McKee | 12/ |
| 37. | Quari Wasi, Inc. Gold Shipment Records | | 12/ |
| 38. | MetroPCS Cellular Phone Record Disc for 786-370-0441 C.G. | | |
| 39. | MetroPCS Cellular Phone Record Disc 786-925-3940 A.K. | | 12 |
| 40. | MetroPCS Cellular Phone Record Disc 786-973-3387 R.V. | | |
| 41. | AT&T Cellular Phone Record Disc 305-904-6304 J.L. | Bertrand | 12 |
| 42. | AT&T Cellular Phone Record Disc 407-456-6717 L.M.M. | Bertrand | 12 |
| 43. | Raonel Valdez Valhuerdis GPS Ankle Monitor Records Disc | McKee | 12 |
| 44. | Undercover Recording Disc, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Magdalena | 12 / |
| 44A. | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Magdalena | 1- |
| 45. | Undercover Recording Disc, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Magdalena | 12 |
| 45A. | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | " | 12 |
| 45B. | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | " | / |
| 45C. | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | " | / |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OF |
|---|---|---|---|
| 45D. | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Magdalena | 12 |
| 46. | Arrest Surveillance Disc | Magdalena | 12 |
| 47. | Audio/Video Arrest Surveillance Disc | Magdalena | 12 |
| 47A. | Audio/Video Arrest Surveillance Disc Transcript | Magdalena | 12 |
| 48. | Photos of Cocaine Kilogram, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Magdalena | 12 |
| 49. | Photos of United States Currency, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Magdalena | 12 |
| 50. | Kilogram of Cocaine, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Officer Nunez | 12 |
| 51. | Arrest Photos, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Magdalena | 12 |
| 52. | Surveillance Stills, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | Magdalena | 12 |
| 53. | E.R. Wireless Records | | |
| 54. | DHSMV Records | | |
| 55. | Fingerprint Standard for J.M.L. | Rodriguez | |
| 56. | Fingerprint Standard for A.K. | Jennifer Rodriguez | 12 |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | OF |
|---|---|---|---|
| 57. | Cellular Phone Summary Exhibit   *Demonstrative* | *Eichen* | 12 |
| 58. | Nicole Inhat DNA Analysis Report | | |
| 59. | Alfredo Kindelan Factual Proffer 15-20169-JEM | *Eichen* | 12 |
| 60. | Alfredo Kindelan Factual Proffer 17-20701-MGC | | 12 |