**ATTACHMENT A**
**TO CERTIFICATE OF COMPLIANCE RE: ADMITTED EVIDENCE**

*United States of America v. Leonardo Miguel Garcia Morales*
**17-CR-20701-GRAHAM**

| Exhibit No. | Description of Exhibit | Filing Type |
|---|---|---|
| 1 | Crime Scene Photos re: September 30, 2012 Miramar Residence Exterior | **Electronic** |
| 1A | Crime Scene Photos re: September 30, 2012 Miramar Residence Exterior | **Electronic** |
| 2 | Crime Scene Photos re: September 30, 2012 Miramar Residence Interior | **Electronic** |
| 2A | Crime Scene Photos re: September 30, 2012 Miramar Residence Interior | **Electronic** |
| 3 | Crime Scene Photos re: September 30, 2012 Defendant Hospital Images | **Electronic** |
| 3A | Crime Scene Photos re: Defendant Clothing | **Electronic** |
| 4 | Surveillance Hard Drive re: Attempted September 30, 2012 Robbery | **Electronic** |
| 5 | Surveillance Hard Drive Disc re: Attempted September 30, 2012 Robbery | **Conventional** |
| 6 | Investigative Stills re: September 30, 2012 | **Electronic** |
| 7 | 911 Recordings re: September 30, 2012 | **Conventional** |
| 8 | 911 Recording Transcript re: September 30, 2012 (REDACTED) | **Electronic** |
| 9 | Colt .38 Caliber Colt Firearm, Magazine re: Attempted September 30, 2012 Robbery (Probation Case Number) (Miramar Case Number 140300799) | **Electronic** |
| 10 | Colt .38 Caliber Colt Firearm, Magazine and Nine Winchester Rounds Photos re: Attempted September 30, 2012 Robbery (Probation Case Number) (Miramar Case Number 140300799) | **Electronic** |
| 11 | Victim .40 Caliber Glock Firearm and Magazine re: Attempted September 30, 2012 Robbery | **Electronic** |

| 11A | Victim .40 Caliber Glock Ammunition re: Attempted September 30, 2012 Robbery | **Electronic** |
|---|---|---|
| **12** | Three Victim .40 Caliber spent casings re: Attempted September 30, 2012 Robbery | **Electronic** |
| **13** | Victim's Firearm Projectile re: Attempted September 30, 2012 Robbery | **Electronic** |
| **14** | Crime Scene Photos re: September 30, 2012 Victim firearm and ammunition | **Electronic** |
| **15** | Morales cellular phone re: Attempted September 30, 2012 Robbery | **Electronic** |
| **16A** | Cell phone download summary binder re: Attempted September 30, 2012 Robbery | **Sealed (Filed on a disk with the Clerk of Court)** |
| **17** | Image of L.O. (REDACTED) | **Electronic** |
| **18** | Image of C.G. (REDACTED) | **Electronic** |
| **19** | Image of C.M. (REDACTED) | **Electronic** |
| **20** | Image of D.M. (REDACTED) | **Electronic** |
| **22** | Image of A.K. | **Electronic** |
| **23** | Image of J.M.L. | **Electronic** |
| **24** | Image of R.V. | **Electronic** |
| **27A** | Latent Fingerprint Cards 1 re: Attempted September 30, 2012 Robbery (No Value) (REDACTED) | **Electronic** |
| **27B** | Latent Fingerprint Cards 2 re: Attempted September 30, 2012 Robbery (No Value) (REDACTED) | **Electronic** |
| **27C** | Latent Fingerprint Cards 3 re: Attempted September 30, 2012 Robbery (No Value) (REDACTED) | **Electronic** |
| **27D** | Latent Fingerprint Cards 4 re: Attempted September 30, 2012 Robbery (No Value) (REDACTED) | **Electronic** |
| **27E** | Latent Fingerprint Card 5 re: Attempted September 30, 2012 Robbery (Of Value to A.K.) (REDACTED) | **Electronic** |
| **27F** | Latent Fingerprint Cards 6 re: Attempted September 30, 2012 Robbery (No Value) (REDACTED) | **Electronic** |
| **27G** | Latent Fingerprint Cards 7 re: Attempted September 30, 2012 Robbery (No Value) (REDACTED) | **Electronic** |

| | | |
|---|---|---|
| **27H** | Latent Fingerprint Card 8 re: Attempted September 30, 2012 Robbery (Of Value as J.M.L.) (REDACTED) | **Electronic** |
| **27I** | Latent Fingerprint Card 9 re: Attempted September 30, 2012 Robbery (No Value) (REDACTED) | **Electronic** |
| **28** | Morales Garcia Buccal Swab Packet re: Attempted September 30, 2012 Robbery (G2) | **Electronic** |
| **29** | Scene DNA Evidence from Front Walkway re: Attempted September 30, 2012 Robbery (G25) | **Electronic** |
| **30** | Mask Swab re: Attempted September 30, 2012 Robbery (G24) | **Electronic** |
| **31** | Front Walkway Blood Swab and Main Breaker Swab re: Attempted September 30, 2012 Robbery (G5 and 6) | **Electronic** |
| **32** | Morales sneaker and socks re: Attempted September 30, 2012 Robbery | **Electronic** |
| **33** | Shirt, Shorts and Belt re: Attempted September 30, 2012 Robbery | **Electronic** |
| **34** | Skeleton Mask re: Attempted September 30, 2012 Robbery | **Electronic** |
| **35** | Skeleton Mask Photos | **Electronic** |
| **36** | Morales Bracelet re: Attempted September 30, 2012 Robbery | **Electronic** |
| **37** | Quari Wasi, Inc. Gold Shipment Records (REDACTED) | **Electronic** |
| **38** | MetroPCS Cellular Phone Record Disc for 786-370-0441 C.G. | **Conventional** |
| **39** | MetroPCS Cellular Phone Record Disc 786-925-3940 A.K. | **Conventional** |
| **40** | MetroPCS Cellular Phone Record Disc 786-973-3387 R.V. | **Conventional** |
| **41** | AT&T Cellular Phone Record Disc 305-904-6304 J.L. | **Conventional** |
| **42** | AT&T Cellular Phone Record Disc 407-456-6717 L.M.M. | **Conventional** |
| **43** | Raonel Valdez Valhuerdis GPS Ankle Monitor Records Disc | **Conventional** |
| **44** | Undercover Recording Disc, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Conventional** |
| **44A** | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |

| | | |
|---|---|---|
| **45** | Undercover Recording Disc, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Conventional** |
| **45A** | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **45B** | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **45C** | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **45D** | Undercover Recording Disc Transcript, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **46** | Arrest Surveillance Disc | **Conventional** |
| **47** | Audio/Video Arrest Surveillance Disc | **Conventional** |
| **47A** | Audio/Video Arrest Surveillance Disc Transcript | **Electronic** |
| **48** | Photos of Cocaine Kilogram, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **49** | Photos of United States Currency, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **50** | Kilogram of Cocaine, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **51** | Arrest Photos, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **52** | Surveillance Stills, 2013 Narcotics Trafficking, North Miami Beach 2013-0828-17 | **Electronic** |
| **53** | E.R. Wireless Records (REDACTED) | **Electronic** |
| **55** | Fingerprint Standard for J.M.L. (REDACTED) | **Electronic** |
| **56** | Fingerprint Standard for A.K. (REDACTED) | **Electronic** |
| **57** | Cellular Phone Summary (REDACTED) | **Electronic** |
| **63** | Transcript Redacted | **Electronic** |