1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
2              (MIAMI)
     CASE NO. 1:17-CR-20701-MGC-5
3

4   UNITED STATES OF AMERICA          Miami, Florida

5                                     January 7, 2019
         vs.                          Monday
6

7   LEONARDO MIGUEL GARCIA MORALES

                                      Scheduled for 10:00 a.m.
8                                     Held 10:08 a.m. - 1:38 p.m.

9   _____

10                         **JURY TRIAL**
                            **DAY 15**
11                         **PAGES 1 - 25**

12          BEFORE THE HONORABLE DONALD L. GRAHAM
               UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15   FOR THE GOVERNMENT:     **IGNACIO JESUS VAZQUEZ, JR., AUSA**
                             **J. MACKENZIE DUANE, AUSA**
16                           United States Attorney's Office
                             Miami Special Prosecutions Section
17                           99 Northeast 4th Street
                             Room 806
18                           Miami, Florida  33132

19   FOR THE DEFENDANT:      **DERIC ZACCA, ESQ.**
                             Deric Zacca, P.A.
20                           110 Southeast 6th Street
                             110 Tower - Suite 1700
21                           Fort Lauderdale, Florida  33301

22
     STENOGRAPHICALLY
23   REPORTED BY:           GLENDA M. POWERS, FPR, CRR, FPR
                            Official Federal Court Reporter
24                          United States District Court
                            400 North Miami Avenue
25                          Miami, Florida  33128

1                              I N D E X

2

3                                                          PAGE

4    JURY DELIBERATIONS
     CONTINUED AT 10:00 A.M.                                3
5

6    RESPONSES TO JURY QUESTIONS
     BY THE COURT                                           7
7

8    QUESTION FROM THE JURY                                 10

9

10   RESPONSE TO JURY QUESTION
     BY THE COURT                                           11

11

12   JURY VERDICT                                           13

13   POLLING OF THE JURY                                    15

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (Call to the order of the Court:)

 2              (Defendant Leonardo Garcia Morales aided by

 3    Court-Certified Spanish Interpreters.)

 4              COURTROOM DEPUTY:  United States District Court,

 5    Southern District of Florida; the Honorable Donald L. Graham

 6    presiding.

 7              THE COURT:  Good morning.  You may be seated.

 8              MR. ZACCA:  Good morning.

 9              MR. VAZQUEZ:  Good morning.

10              THE COURT:  So, I believe, as of last session, you were

11    able to view the transcript.

12              Since that time, Mr. Vazquez has had -- Mr. Zacca's had

13    an opportunity to meet with his client, Mr. Garcia Morales, so

14    why don't we take a look at the issues again.

15              I know you have consulted with your client yesterday

16    morning and perhaps even this morning.

17              With regard to the jury requesting the transcript of

18    Mr. Magdalena, what is your position now, subsequent to

19    consultation?

20              MR. ZACCA:  Judge, I spoke to Mr. Garcia Morales about

21    the jury's request for the Magdalena transcript and the Court's

22    proposed response.  We don't have an objection to providing the

23    transcript, as requested by the jury.

24              THE COURT:  Very well.  So, accompanying the

25    transcript, I propose the following written response:
```

1        "Ladies and gentlemen of the jury, we have provided you

2   with the requested transcript.  Please remember that you must

3   consider all of the evidence, including testimony and exhibits

4   presented and received during the trial in deciding the facts."

5        Any opposition?

6        MR. VAZQUEZ:  No objection from the United States.

7        MR. ZACCA:  Judge, I read it to him yesterday morning.

8   That's still our proposition.

9        THE COURT:  And with respect to the additional question

10  with regard to Count 7 of the indictment, where the jury

11  inquired:

12       "We request an explanation/clarification of Count 7,

13  verbal clarification would be okay."

14       And I propose the following:

15       "Ladies and gentlemen of the jury, please have one of

16  your members do the following:

17       "Read Count 7 of the indictment, and then read the

18  instruction for Count 7 on page 24 of the Court's instructions

19  to the jury, and then read the theory of defense instruction

20  related to Count 7 on page 26 of the Court's instructions to

21  the jury.

22       "After reading the charge in the indictment and the

23  corresponding jury instructions, if you have further questions

24  or concerns, please write it down and pass it" -- it should

25  be -- "the note to the court security officer."

1            It says, "pass it to the court security officer."

2     I guess it doesn't really matter.

3            What would your position be with regard to that

4     response?  Mr. Vazquez?

5            MR. VAZQUEZ:  Your Honor, I don't have any objection to

6     that.  I think I might have an addition to it.

7            I would also ask them to consider the aiding and

8     abetting instruction, which is on the preceding page 25, if

9     there's going to be an edit to what you're reading to them.

10           THE COURT:  I don't propose to edit it, because I think

11     it's clear enough, but are you saying, in addition thereto?

12           MR. VAZQUEZ:  Yes.  Directing them to page 24, Count 7,

13     in the theory of defense instruction, I think that the -- they

14     would also benefit from being reminded about the aiding and

15     abetting instruction, which is on page 25.

16           THE COURT:  Response?

17           MR. ZACCA:  Judge, I think your response as put

18     directly answers their question, and I think it's sufficient;

19     and as the Court proposed, I have no objection to the language

20     that the Court's proposed.

21           THE COURT:  Aiding and abetting is on page --

22           MR. VAZQUEZ:  -- 25.  It follows the Count 7

23     instruction.

24           THE COURT:  And the rationale would be what, that

25     somehow -- it specifically asks for Count 7, and your position,

1    I suppose, is, if we're talking about theory of defense, we

2    should also be considering aiding and abetting rationale?

3         MR. VAZQUEZ:  Yes, because the Count 7, the way that

4    that crime can be committed that's charged in it, is informed

5    by the aiding and abetting instruction which was charged in the

6    indictment.

7         So if they're laser-focused to just Count 7 -- and

8    they're not, I guess, reminded about the other theory -- of how

9    it could be accomplished through aiding and abetting -- I think

10   that would give them an incomplete presentation of how to

11   approach this issue, and then they're also being laser-focused

12   on the theory of defense.  I think it would be proper to give

13   them a complete view.

14        THE COURT:  Alright.  Count 7 does allege a continuancy

15   of Section 2, which is aiding and abetting, so perhaps that

16   would be appropriate.

17        Anything further, Mr. Zacca?

18        I think my inclination is to, in fact, include

19   18 U.S.C. 2, but what I'm going to do is to call them into the

20   courtroom and read this instruction, and it's an item 4, I will

21   say, also consider 18 U.S.C. 2 -- or Count 7 charges the aiding

22   and abetting, so I will do that as well.

23        MR. ZACCA:  Judge, I don't have a legal contention to

24   that, so...

25        THE COURT:  I just wanted you to go count them just

```
 1    because the court security officer was outside letting them in,

 2    and he's not here yet.

 3            (Discussion held off the record.)

 4            THE COURT:  So I am going to amend the written

 5    response.  I am going to bring them in, read the written

 6    response and give them a copy of it as well.

 7            We have two copies of the transcript that we will also

 8    give them.

 9            COURT SECURITY OFFICER:  All rise for the jury, please.

10            (Jury entered courtroom at 10:25 a.m.)

11            THE COURT:  Good morning, ladies and gentlemen.

12            We're now ready to proceed in this cause, and I have

13    two responses to your questions.

14            I'm going to give you the written response as well,

15    but, essentially, we are going to provide you with the

16    requested transcript.  We have two copies of it for you.

17            Please remember that you must consider all of the

18    evidence -- including the testimony and the exhibits presented

19    and received during the trial -- in deciding the facts; so even

20    though you have just one transcript, you have to consider all

21    of the evidence, keep that in mind.

22            With respect to your second question, keep in mind,

23    there are two judges in this case, the judge of the facts and

24    the judge of the law.

25            I am serving as the judge of the law and can't go
```

1   beyond the law, so I'm providing you with the following

2   response regarding Count 7:

3            So, first, please have one of your members do the

4   following:

5            Read Count 7 of the indictment, and then read the

6   instructions for Count 7 on page 24 and the aiding and abetting

7   instruction on page 25.

8            Read the theory of defense instruction relating to

9   Count 7 on page 26 of the Court's instructions to the jury.

10           After reading the charge in the indictment and the

11  corresponding jury instructions, if you have further questions

12  or concerns, please write it down and pass the note to the

13  court security officer.

14           So, we've given you the law and you've asked us to,

15  essentially, explain the law.

16           And so, in particular, we're not exactly sure beyond

17  the law what it is that you are requesting.

18           So, try these steps, listen carefully, think about the

19  charge, the instructions, and see if that resolves the issue.

20           If that doesn't resolve the issue, then you need to be

21  more specific in telling us what it is you're requesting,

22  keeping in mind that we can't say anything about the facts,

23  only about the law itself.

24           So, we're going to send in two copies of the

25  transcript, along with responses that I just presented.

9

1          Thank you.  We are in recess.

2          COURT SECURITY OFFICER:  All rise for the jury, please.

3          (Jury exited courtroom at 10:30 a.m.)

4          THE COURT:  Be seated.

5          I'm awaiting the corrected version of the second

6    response, which we will provide along with the first response

7    on the transcript issue.

8          Are there any other matters that the Court should

9    entertain?

10          MR. VAZQUEZ:  Your Honor, I just wanted to raise a

11    point on logistics for today.  I had a chance to speak with the

12    Marshals and advised them I believe it's the Court's intention

13    to have the defendant here throughout the day, and I believe

14    that that can be done, until at least 5:00, he can be in Court,

15    and I believe that's going to be fine.

16          I just wanted to bring that to the Court's attention.

17          THE COURT:  Alright.  Anything further?

18          MR. VAZQUEZ:  Not on behalf of the United States,

19    Your Honor.

20          MR. ZACCA:  Not from the defense, Judge.

21          THE COURT:  Alright.  Counsel, if you desire, you can

22    take a look at the written responses, along -- that will be

23    presented along with the transcripts that you have already

24    reviewed.

25          We are in recess.

1          (Jury deliberations continued from 10:30 a.m. until

2     1:18 p.m.)

3          (Proceedings held in open court at 12:08 p.m. as

4     follows:)

5          COURTROOM DEPUTY:  All rise.  Court is back in session.

6          THE COURT:  Be seated.

7          I think you have received a copy of the last question,

8     wherein the jury asked if the word "attempted" in the

9     instructions should be in the sentence.

10         And in short, I think they're right.

11         If you look at the pattern book, it refers to the

12    substantive count.  So we are instructing them that he's

13    charged with an attempt, the substantive elements are one, two,

14    three, and to be found guilty of attempted possession, you have

15    to find the following.

16         So it would seem to me the answer to the question would

17    be:  "Ladies and gentlemen of the jury, in specific response to

18    your question, the answer is "no."

19         "The instructions would be clearer if you remove the

20    word "attempted" from the second paragraph on page 24."

21         Response?

22         MR. VAZQUEZ:  I agree with the Court, Your Honor.

23         MR. ZACCA:  Judge, your response is based on us

24    assuming for certainty that we know exactly what they're

25    asking.  It seems -- I agree with the Court, that that seems to

1   be a reasonable interpretation of their question.

2            THE COURT:  Well --

3            MR. ZACCA:  At first, I looked at it -- I don't know if

4   it happened to you, but it happened to me -- I had to read the

5   instruction we gave and the question back and forth a couple of

6   times and -- to understand exactly what their question was.

7            THE COURT:  I guess the point that you should take a

8   look at is the special instruction S-11, where the pattern

9   reads:

10           "In some cases" -- which we instructed them on -- "it's

11   a crime to attempt to commit an offense, even if the attempt

12   fails.  In this case the defendant is charged in Count" --

13   'blank' -- here -- "7 with attempting to commit" -- and then

14   the substantive offense.

15           "The defendant can be found guilty of" -- then it says

16   the substantive offense.

17           And our instruction reads not the substantive offense,

18   but "the attempt to commit" the substantive offense, which is

19   inconsistent with Count 3.

20           And in Count 3, we said the "Hobbs Act robbery," the

21   substantive offense.

22           In Count 7, it should be consistent with 3, the

23   substantive offense.

24           Am I being clear?

25           MR. ZACCA:  I'm following you, Judge, and I can see --

1  Judge, this is coming -- what you're -- in your proposed

2  answer -- or response -- is -- and it sounds like it is --

3  emanating from the pattern jury instruction, S-11 -- I'm right

4  now trying to download it --

5          THE COURT:  S-11.

6          MR. ZACCA:  -- S-11 -- I'd like to look at it --

7          THE COURT:  Sure.

8          MR. ZACCA:  -- but I can't seem to download it right

9  now.

10         THE COURT:  Alright, we are giving it to you at this

11  time.

12         MR. ZACCA:  Thank you.  I see what you're saying.

13  Judge, I'm not going to argue against the law, it's clear, and

14  I think your proposal is in line with the pattern jury

15  instruction, so that's fine.

16         THE COURT:  Alright.  So, 12:10 p.m., so this response

17  will be given to the members of the jury.

18         Are there any other issues that we can address at this

19  time?

20         MR. VAZQUEZ:  Nothing else from the Government,

21  Your Honor.

22         MR. ZACCA:  Nothing from the defense, Judge.

23         THE COURT:  Thank you.

24         We are in recess.

25         MR. ZACCA:  Thank you, Your Honor.

1          (Recess taken from 12:13 p.m. to 1:18 p.m.)

2          (Proceedings held in open court at 1:18 p.m. as

3     follows:)

4          COURTROOM DEPUTY:  All rise.  Court is back in session.

5          THE COURT:  Be seated.  We have received a

6     communication that the jury has reached a verdict.

7          Is there any reason why the verdict should not be

8     received at this time?

9          MR. VAZQUEZ:  No reason on behalf of the United States.

10         MR. ZACCA:  No, Judge.

11         THE COURT:  Bring the jury in, please.

12         COURT SECURITY OFFICER:  Yes, Your Honor.

13         (Jury entered courtroom at 1:18 p.m.)

14         THE COURT:  Be seated.

15         Ms. Diez, has the jury reached a unanimous verdict?

16         JURY FOREPERSON:  Yes, we have.

17         THE COURT:  Please pass the verdict form to Ms. Foster.

18         I note that the verdict form has not been signed, and

19    we will return it to Ms. Diez.

20         If all the jurors have concurred in the verdict, then

21    you may sign it.

22         If there's any reason to believe all of the jurors have

23    not concurred, I will return you to the deliberation room at

24    this time.

25         (Brief pause in the proceedings.)

```
1          THE COURT:  The Court notes that the verdict has been

2   signed by the foreperson and dated as well.

3          At this time, the Court will publish the verdict:

4          We, the jury, unanimously find the Defendant,

5   Leonardo Miguel Garcia Morales, as to Count 1 of the

6   indictment:  Guilty.

7          1.(a)ii:  We further unanimously find with respect to

8   that count that the defendant knowingly conspired to commit the

9   marijuana robbery as charged.

10         2.  We, the jury, unanimously find the Defendant,

11   Leonardo Miguel Garcia Morales, as to Count 2 of the

12   indictment:  Guilty.

13         We, the jury, having found the defendant guilty of the

14   offense charged in Count 2, unanimously find that the following

15   controlled substance was appropriate for the verdict, cocaine,

16   weighing 500 grams or more.

17         3.  We, the jury, unanimously find the Defendant,

18   Leonardo Miguel Garcia Morales, as to Count 3 of the

19   indictment:  Guilty.

20         We, the jury, unanimously find the Defendant,

21   Leonardo Miguel Garcia Morales, as to Count 4 of the

22   indictment:  Not guilty.

23         5.  We, the jury, unanimously find the Defendant,

24   Leonardo Miguel Garcia Morales, as to Count 7 of the

25   indictment:  Guilty.
```

1           With respect to the drug involved in Count 7, cocaine,

2    weighing 500 grams or more.

3           Dated and signed by Ms. Jennifer Diez, the foreperson

4    of the jury.

5           Ladies and gentlemen, if the verdict as published is

6    your verdict, then respond to the question that I will ask you

7    by saying "yes."

8           If the verdict as read is not your verdict, please

9    respond "no."

10          Was the verdict as read your verdict, Mr. Lynch?

11          THE JUROR:  Yes.

12          THE COURT:  Ms. Pina?

13          THE JUROR:  Yes.

14          THE COURT:  Ms. Lezama?

15          THE JUROR:  Yes.

16          THE COURT:  Mr. Mendoza?

17          THE JUROR:  Yes.

18          THE COURT:  Mr. "S"?

19          THE JUROR:  Yes.

20          THE COURT:  Ms. Hands?

21          THE JUROR:  Yes.

22          THE COURT:  Ms. Asalde?

23          THE JUROR:  Yes.

24          THE COURT:  Ms. Diez?

25          THE JUROR:  Yes.

```
 1              THE COURT:  Mr. Salazar?

 2              THE JUROR:  Yes.

 3              THE COURT:  Ms. Espinoza?

 4              THE JUROR:  Yes.

 5              THE COURT:  Mr. Martinez?

 6              THE JUROR:  Yes.

 7              THE COURT:  And Mr. Wilcox?

 8              THE JUROR:  Yes.

 9              THE COURT:  Ladies and gentlemen, I want to thank you

10    for your participation in this trial.

11              You have gone above the call of duty.

12              As I have stated on many occasions, jury service is one

13    of the obligations that we have as citizens of this country,

14    and we thank you very, very much for your participation, and

15    your deliberations, and your overall conduct in this case.

16              I do not comment on the verdict itself because the

17    verdict, as read, is your verdict, and that speaks for all of

18    you.

19              I'm going to ask you to go into the deliberation room.

20    In just a few moments, I will excuse you permanently.

21              You may now retire to the deliberation room.

22              COURT SECURITY OFFICER:  All rise for the jury, please.

23              (Jury exited courtroom at 1:25 p.m.)

24              THE COURT:  You may be seated.

25              Mr. Leonardo Miguel Garcia Morales, as to Count 1 of
```

1  the indictment, you are adjudged guilty to commit the marijuana

2  robbery as charged.

3          As to Count 2 of the indictment, you are adjudged

4  guilty as to cocaine weighing 500 grams or more.

5          As to Count 3 of the indictment, you are adjudged

6  guilty.

7          As to Count 4 of the indictment, you are adjudged not

8  guilty.

9          As to Count 5 of the -- I'm sorry -- as to Count 7 of

10  the indictment, the last one, you are adjudged guilty of

11  cocaine weighing 500 grams or more.

12          Sentencing in this cause is scheduled for Thursday,

13  March 14th, 2019, at 10 a.m.

14          The parties have been given an order on sentencing.

15  Please comply with the terms in the order.

16          Are there additional matters by the Government?

17          MR. VAZQUEZ:  Your Honor, perhaps just advise you of

18  some things that I have heard from the Bureau of Prisons, to

19  the extent that it affects this Court's scheduling.

20          THE COURT:  Alright.

21          With regard to the verdict, are there any issues,

22  et cetera?

23          MR. VAZQUEZ:  No, sir.

24          THE COURT:  Alright.  Let me ask the defense.

25          With respect to the verdict, are there any additional

18

1    issues that the Court should consider?

2          MR. ZACCA:  Not at this time, Judge, no.

3          THE COURT:  Now, Government, with regard to any other

4    matters, is there something you would like for the Court to

5    address?

6          MR. VAZQUEZ:  Yes, Your Honor.  I received a request

7    from Mr. Rick Deaguiar from the Bureau of Prisons -- given the

8    nature of the defendant and the costs that are associated with

9    him -- that they wanted me to address -- and perhaps, this

10   through a motion -- a request for expedited sentencing.

11         I don't know if that's feasible or not.

12         The next point that Mr. Zacca and I have been present

13   for, word from the Marshals is that because of the defendant's

14   needs, they may send him to a facility in South Carolina -- I

15   believe South Carolina, or North Carolina, pending the

16   sentencing, so he can be properly addressed with a B.O.P.

17   facility that's suited for his needs.

18         THE COURT:  Now, let me make sure I'm clear.

19         You've requested an expedited sentencing.

20         Is that considering that he will be not going to

21   another facility, or are you requesting both, expedited and

22   being aware that he will be sent to a different facility?

23         MR. VAZQUEZ:  Yes, I believe -- and I wanted to kind of

24   broach this with you, because I've not been in this situation,

25   candidly, with a defendant with these particular needs, that if

 1    that was something that the Court was amenable to and the

 2    defense was amenable to, we would be moving for that, I think

 3    it would shorten his stay at the facility that's out of state,

 4    and I think it may reduce the amount of time, I guess, that

 5    Mr. Zacca may have to go there or -- I'm not sure -- if the

 6    Court is not amenable to that --

 7          THE COURT:  I'm a little unclear exactly what the

 8    request is.  In other words, if I -- let's hear from the

 9    defense with regard to directing the probation office to

10    prepare an expedited presentence report, although, it seems to

11    me, in this case, a full and complete presentence report would

12    be proper, however, they may be able to complete it quicker

13    than typically done.  I'm not sure about that.

14          We have had expedited, short presentence reports that

15    we typically have in immigration cases.  This is not that type

16    of case.

17          I think a full and complete report should be prepared.

18    However, it seems to me, this is a matter between the parties

19    and the probation office as to how soon they can accomplish a

20    full report.

21          They need less than the typical 70 days, I don't have

22    any issue with that.  So you can confer with them and see what,

23    if anything, they can do.

24          Mr. Zacca, do you have any particular comment or

25    request?

1          MR. ZACCA:  No, Judge.  I think you're right.  I mean,

2    I'm reluctant to agree to an expedited report, it's an unusual

3    case, it's -- we're dealing with substantive charges here that

4    he's been found guilty of.  I think a full and complete report

5    so that Your Honor can make a proper and appropriate sentence

6    in this case.

7          THE COURT:  Well, I am going to direct a full and

8    complete report.

9          I guess the question is, if the probation office can

10   complete it sooner than typical 70 days, is that something you

11   oppose me requesting?

12         MR. ZACCA:  I don't see why I would, other than, I

13   just -- Judge -- no, if probation's able to accommodate and do

14   a full --

15         THE COURT:  Here's the issue now.  The probation office

16   has to meet with the defendant and his counsel.  So if he moves

17   to another facility, now we have time factors, and I'm not sure

18   that we can get a quicker report.

19         So, Government, why don't you confer with the

20   Bureau of Prisons and find out, given our discussions,

21   specifically, what it is you want to request.

22         And then you can make that request, and I can issue a

23   directive to the probation office, understanding that the Court

24   believes that a full report is appropriate in this case.

25         MR. VAZQUEZ:  Yes, sir.  Thank you.

1       THE COURT:  So, as you're aware, there are lots of

2   factors.  So if he's moved to another facility, there's time

3   and costs associated there, too, and then moving him back, time

4   and costs associated there, too.  So discuss that and you can

5   be clear in what specific requests you want to make.

6       MR. VAZQUEZ:  Yes, sir.  Thank you.

7       THE COURT:  Anything further from the parties?

8       MR. VAZQUEZ:  Not on behalf of the United States, Your

9   Honor.  Thank you.

10       MR. ZACCA:  Not from the defense, Judge.  Thank you.

11       THE COURT:  Thank you all.  Have a good day.

12       (Proceedings concluded at 1:38 p.m.)

13

14           C E R T I F I C A T E

15

16       I hereby certify that the foregoing is an

       accurate transcription of the proceedings in the

17

       above-entitled matter.

18

19

       January 18th, 2020  /s/Glenda M. Powers

20                          GLENDA M. POWERS, RPR, CRR, FPR
                           United States District Court
21                          400 North Miami Avenue, 08S33
                           Miami, Florida 33128

22

23

24

25

**'** - 

**33301** [1] - 1:21

**'blank'** [1] - 11:13

**/**

**/s/Glenda** [1] - 21:19

**0**

**08S33** [1] - 21:21

**1**

**1** [3] - 1:11, 14:5, 16:25
**1.(a)ii** [1] - 14:7
**10** [2] - 2:8, 17:13
**10:00** [1] - 1:7, 2:4
**10:08** [1] - 1:8
**10:25** [1] - 7:10
**10:30** [2] - 9:3, 10:1
**11** [1] - 2:10
**110** [2] - 1:20, 1:20
**12:08** [1] - 10:3
**12:10** [1] - 12:16
**12:13** [1] - 13:1
**13** [1] - 2:11
**14th** [1] - 17:13
**15** [2] - 1:10, 2:13
**1700** [1] - 1:20
**18** [2] - 6:19, 6:21
**18th** [1] - 21:19
**1:17-CR-20701-MGC-5** [1] - 1:2
**1:18** [4] - 10:2, 13:1, 13:2, 13:13
**1:25** [1] - 16:23
**1:38** [2] - 1:8, 21:12

**2**

**2** [7] - 6:15, 6:19, 6:21, 14:10, 14:11, 14:14, 17:3
**2019** [2] - 1:5, 17:13
**2020** [1] - 21:19
**24** [4] - 4:18, 5:12, 8:6, 10:20
**25** [5] - 1:11, 5:8, 5:15, 5:22, 8:7
**26** [2] - 4:20, 8:9

**3**

**3** [7] - 2:4, 11:19, 11:20, 11:22, 14:17, 14:18, 17:5
**33128** [2] - 1:25, 21:21
**33132** [1] - 1:18

**33301** [1] - 1:21

**4**

**4** [3] - 6:20, 14:21, 17:7
**400** [2] - 1:24, 21:21
**4th** [1] - 1:17

**5**

**5** [2] - 14:23, 17:9
**500** [4] - 14:16, 15:2, 17:4, 17:11
**5:00** [1] - 9:14

**6**

**6th** [1] - 1:20

**7**

**7** [23] - 1:5, 2:6, 4:10, 4:12, 4:17, 4:18, 4:20, 5:12, 5:22, 5:25, 6:3, 6:7, 6:14, 6:21, 8:2, 8:5, 8:6, 8:9, 11:13, 11:22, 14:24, 15:1, 17:9
**70** [2] - 19:21, 20:10

**8**

**806** [1] - 1:17

**9**

**99** [1] - 1:17

**A**

**A.M** [1] - 2:4
**a.m** [6] - 1:7, 1:8, 7:10, 9:3, 10:1, 17:13
**abetting** [9] - 5:8, 5:15, 5:21, 6:2, 6:5, 6:9, 6:15, 6:22, 8:6
**able** [3] - 3:11, 19:12, 20:13
**above-entitled** - 21:17
**accommodate** [1] - 20:13
**accompanying** - 3:24
**accomplish** [1] - 19:19
**accomplished** [1] - 6:9
**accurate** [1] - 21:16
**Act** [1] - 11:20

**addition** [2] - 5:6, 5:11
**additional** [3] - 4:9, 17:16, 17:25
**address** [3] - 12:18, 18:5, 18:9
**addressed** [1] - 18:16
**adjudged** [5] - 17:1, 17:3, 17:5, 17:7, 17:10
**advise** [1] - 17:17
**advised** [1] - 9:12
**affects** [1] - 17:19
**agree** [3] - 10:22, 10:25, 20:2
**aided** [1] - 3:2
**aiding** [9] - 5:7, 5:14, 5:21, 6:2, 6:5, 6:9, 6:15, 6:21, 8:6
**allege** [1] - 6:14
**Alright** [7] - 6:14, 9:17, 9:21, 12:10, 12:16, 17:20, 17:24
**amenable** [3] - 19:1, 19:2, 19:6
**amend** [1] - 7:4
**AMERICA** [1] - 1:4
**amount** [1] - 19:4
**answer** [3] - 10:16, 10:18, 12:2
**answers** [1] - 5:18
**APPEARANCES** [1] - 1:14
**approach** [1] - 6:11
**appropriate** [4] - 6:16, 14:15, 20:5, 20:24
**argue** [1] - 12:13
**Asalde** [1] - 15:22
**associated** [3] - 18:8, 21:3, 21:4
**assuming** [1] - 10:24
**AT** [1] - 2:4
**attempt** [4] - 10:13, 11:11, 11:18
**attempted** [3] - 10:8, 10:14, 10:20
**attempting** [1] - 11:13
**attention** [1] - 9:16
**Attorney's** [1] - 1:16
**AUSA** [2] - 1:15, 1:15
**Avenue** [2] - 1:24, 21:21
**awaiting** [1] - 9:5
**aware** [2] - 18:22, 21:1

**B**

**B.O.P** [1] - 18:16
**based** [1] - 10:23
**BEFORE** [1] - 1:12
**behalf** [3] - 9:18, 13:9,

21:8
**believes** [1] - 20:24
**benefit** [1] - 5:14
**between** [1] - 19:18
**beyond** [2] - 8:1, 8:16
**book** [1] - 10:11
**brief** [1] - 13:25
**bring** [3] - 7:5, 9:16, 13:11
**broach** [1] - 18:24
**Bureau** [3] - 17:18, 18:7, 20:20
**BY** [3] - 1:23, 2:6, 2:10

**C**

**candidly** [1] - 18:25
**carefully** [1] - 8:18
**Carolina** [3] - 18:14, 18:15
**CASE** [1] - 1:2
**case** [8] - 7:23, 11:12, 16:15, 19:11, 19:16, 20:3, 20:6, 20:24
**cases** [2] - 11:10, 19:15
**certainty** [1] - 10:24
**Certified** [1] - 3:3
**certify** [1] - 21:15
**cetera** [1] - 17:22
**chance** [1] - 9:11
**charge** [3] - 4:22, 8:10, 8:19
**charged** [7] - 6:4, 6:5, 10:13, 11:12, 14:9, 14:14, 17:2
**charges** [2] - 6:21, 20:3
**citizens** [1] - 16:13
**clarification** [1] - 4:13
**clear** [5] - 5:11, 11:24, 12:13, 18:18, 21:5
**clearer** [1] - 10:19
**client** [2] - 3:13, 3:15
**cocaine** [4] - 14:15, 15:1, 17:4, 17:11
**coming** [1] - 12:1
**comment** [2] - 16:16, 19:24
**commit** [5] - 11:11, 11:13, 11:18, 14:8, 17:1
**committed** [1] - 6:4
**communication** [1] - 13:6
**complete** [7] - 6:13, 9:11, 19:12, 19:17, 20:4, 20:8, 20:10
**comply** [1] - 17:15
**concerns** [2] - 4:24,

8:12
**concluded** [1] - 21:12
**concurred** [2] - 13:20, 13:23
**conduct** [1] - 16:15
**confer** [2] - 19:22, 20:19
**consider** [6] - 4:3, 5:7, 6:21, 7:17, 7:20, 18:1
**considering** [2] - 6:2, 18:20
**consistent** [1] - 11:22
**conspired** [1] - 14:8
**consultation** [1] - 3:19
**consulted** [1] - 3:15
**contention** [1] - 6:23
**continuancy** [1] - 6:14
**CONTINUED** [1] - 2:4
**continued** [1] - 10:1
**controlled** [1] - 14:15
**copies** [3] - 7:7, 7:16, 8:24
**copy** [2] - 7:6, 10:7
**corrected** [1] - 9:5
**corresponding** [2] - 4:23, 8:11
**costs** [3] - 18:8, 21:3, 21:4
**counsel** [2] - 9:21, 20:16
**Count** [33] - 4:10, 4:12, 4:17, 4:18, 4:20, 5:12, 5:22, 5:25, 6:3, 6:7, 6:14, 6:21, 8:2, 8:5, 8:6, 8:9, 11:12, 11:19, 11:20, 11:22, 14:5, 14:11, 14:14, 14:18, 14:21, 14:24, 15:1, 16:25, 17:3, 17:5, 17:7, 17:9
**count** [3] - 6:25, 10:12, 14:8
**country** [1] - 16:13
**couple** [1] - 11:5
**Court** [18] - 1:23, 1:24, 3:1, 3:3, 3:4, 5:19, 9:8, 9:14, 10:22, 10:25, 14:1, 14:3, 18:1, 18:4, 19:1, 19:6, 20:23, 21:20
**COURT** [58] - 1:1, 2:6, 2:10, 3:7, 3:10, 3:24, 4:9, 5:10, 5:16, 5:21, 5:24, 6:14, 6:25, 7:4, 7:9, 7:11, 9:2, 9:4, 9:17, 9:21, 10:6, 11:2, 11:7, 12:5, 12:7, 12:10, 12:16,

12:23, 13:5, 13:11, 13:12, 13:14, 13:17, 14:1, 15:12, 15:14, 15:16, 15:18, 15:20, 15:22, 15:24, 16:1, 16:3, 16:5, 16:7, 16:9, 16:22, 16:24, 17:20, 17:24, 18:3, 18:18, 19:7, 20:7, 20:15, 21:1, 21:7, 21:11
**court** [8] - 4:25, 5:1, 7:1, 8:13, 10:3, 10:5, 13:2, 13:4
**Court's** [8] - 3:21, 4:18, 4:20, 5:20, 8:9, 9:12, 9:16, 17:19
**Court-Certified** [1] - 3:3
**courtroom** [5] - 6:20, 7:10, 9:3, 13:13, 16:23
**COURTROOM** [3] - 3:4, 10:5, 13:4
**crime** [2] - 6:4, 11:11
**CRR** [2] - 1:23, 21:20

## D

**dated** [2] - 14:2, 15:3
**DAY** [1] - 1:10
**days** [2] - 19:21, 20:10
**Deaguiar** [1] - 18:7
**dealing** [1] - 20:3
**deciding** [2] - 4:4, 7:19
**defendant** [8] - 9:13, 11:12, 11:15, 14:8, 14:13, 18:8, 18:25, 20:16
**DEFENDANT** [1] - 1:19
**Defendant** [6] - 3:2, 14:4, 14:10, 14:17, 14:20, 14:23
**defendant's** [1] - 18:13
**defense** [11] - 4:19, 5:13, 6:1, 6:12, 8:8, 9:20, 12:22, 17:24, 19:2, 19:9, 21:10
**deliberation** [3] - 13:23, 16:19, 16:21
**deliberations** [2] - 10:1, 16:15
**DELIBERATIONS** [1] - 2:4
**DEPUTY** [3] - 3:4, 10:5, 13:4
**DERIC** [1] - 1:19

**Deric** [1] - 1:19
**desire** [1] - 9:21
**diez** [1] - 13:15
**Diez** [3] - 13:19, 15:3, 15:24
**different** [1] - 18:22
**direct** [1] - 20:7
**directing** [2] - 5:12, 19:9
**directive** [1] - 20:23
**directly** [1] - 13:3
**discuss** [1] - 21:4
**discussion** [1] - 7:3
**discussions** [1] - 20:20
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [4] - 1:24, 3:4, 3:5, 21:20
**Donald** [1] - 3:5
**DONALD** [1] - 1:12
**done** [2] - 9:14, 19:13
**down** [2] - 4:24, 8:12
**download** [2] - 12:4, 12:8
**drug** [1] - 15:1
**DUANE** [1] - 1:15
**during** [2] - 4:4, 7:19
**duty** [1] - 16:11

## E

**edit** [2] - 5:9, 5:10
**elements** [1] - 10:13
**emanating** [1] - 12:3
**entered** [2] - 7:10, 13:13
**entertain** [1] - 9:9
**entitled** [1] - 21:17
**Espinoza** [1] - 16:3
**ESQ** [1] - 1:19
**essentially** [2] - 7:15, 8:15
**et** [1] - 17:22
**evidence** [3] - 4:3, 7:18, 7:21
**exactly** [4] - 8:16, 10:24, 11:6, 19:7
**excuse** [1] - 16:20
**exhibits** [2] - 4:3, 7:18
**exited** [2] - 9:3, 16:23
**expedited** [6] - 18:10, 18:19, 18:21, 19:10, 19:14, 20:2
**explain** [1] - 8:15
**explanation/ clarification** [1] - 4:12
**extent** [1] - 17:19

## F

**facility** [7] - 18:14, 18:17, 18:21, 18:22, 19:3, 20:17, 21:2
**fact** [1] - 6:18
**factors** [2] - 20:17, 21:2
**facts** [4] - 4:4, 7:19, 7:23, 8:22
**fails** [1] - 11:12
**feasible** [1] - 18:11
**Federal** [1] - 1:23
**few** [1] - 16:20
**fine** [2] - 9:15, 12:15
**first** [3] - 8:3, 9:6, 11:3
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4, 1:18, 1:21, 1:15, 3:5, 21:21
**focused** [2] - 6:7, 6:11
**following** [8] - 3:25, 4:14, 4:16, 8:1, 8:4, 10:15, 11:25, 14:14
**follows** [3] - 5:22, 10:4, 13:3
**FOR** [2] - 1:15, 1:19
**foregoing** [1] - 21:15
**FOREPERSON** [1] - 13:16
**foreperson** [2] - 14:2, 15:3
**form** [2] - 13:17, 13:18
**Fort** [1] - 1:21
**forth** [1] - 11:5
**Foster** [1] - 13:17
**FPR** [3] - 1:23, 21:20
**FROM** [1] - 2:8
**full** [7] - 19:11, 19:17, 19:20, 20:4, 20:7, 20:14, 20:24

## G

**GARCIA** [1] - 1:7
**Garcia** [9] - 3:2, 3:13, 3:20, 14:5, 14:11, 14:18, 14:21, 14:24, 16:25
**gentlemen** [6] - 4:1, 4:15, 7:11, 10:17, 15:5, 16:9
**given** [5] - 8:14, 12:17, 17:14, 18:7, 20:20
**GLENDA** [2] - 1:23, 21:20
**Government** [4] - 12:20, 17:16, 18:3, 20:19
**GOVERNMENT** [1] -

1:15
**Graham** [1] - 3:5
**GRAHAM** [1] - 1:12
**grams** [4] - 14:16, 15:2, 17:4, 17:11
**guess** [5] - 5:2, 6:8, 11:7, 19:4, 20:9
**guilty** [14] - 10:14, 11:15, 14:6, 14:12, 14:13, 14:19, 14:22, 14:25, 17:1, 17:4, 17:6, 17:8, 17:10, 20:4

## H

**Hands** [1] - 15:20
**hear** [1] - 19:8
**heard** [1] - 17:18
**Held** [1] - 1:8
**held** [3] - 7:3, 10:3, 13:2
**hereby** [1] - 21:15
**Hobbs** [1] - 11:20
**Honor** [11] - 5:5, 9:10, 9:19, 10:22, 12:21, 12:25, 13:12, 17:17, 18:6, 20:5, 21:9
**HONORABLE** [1] - 1:12
**Honorable** [1] - 3:5

## I

**IGNACIO** [1] - 1:15
**immigration** [1] - 19:15
**inclination** [1] - 6:18
**include** [1] - 6:18
**including** [2] - 4:3, 7:18
**incomplete** [1] - 6:10
**inconsistent** [1] - 11:19
**indictment** [16] - 4:10, 4:17, 4:22, 6:6, 8:5, 8:10, 14:6, 14:12, 14:19, 14:22, 14:25, 17:1, 17:3, 17:5, 17:7, 17:10
**informed** [1] - 6:4
**inquired** [1] - 4:11
**instructed** [1] - 11:10
**instructing** [1] - 10:12
**instruction** [13] - 4:18, 4:19, 5:8, 5:13, 5:15, 5:23, 6:5, 6:20, 8:7, 8:8, 11:5, 11:8, 11:17, 12:3, 12:15
**instructions** [9] -

4:18, 4:20, 4:23, 8:6, 8:9, 8:11, 8:19, 10:9, 10:19
**intention** [1] - 9:12
**interpretation** [1] - 11:1
**Interpreters** [1] - 3:3
**involved** [1] - 15:1
**issue** [7] - 6:11, 8:19, 8:20, 9:7, 19:22, 20:15, 20:22
**issues** [4] - 3:14, 12:18, 17:21, 18:1
**item** [1] - 6:20
**itself** [2] - 8:23, 16:16

## J

**January** [2] - 1:5, 21:19
**Jennifer** [1] - 15:3
**JESUS** [1] - 1:15
**JR** [1] - 1:15
**judge** [8] - 3:20, 5:17, 6:23, 7:23, 7:24, 7:25, 10:23, 12:13
**JUDGE** [1] - 1:12
**Judge** [10] - 4:7, 9:20, 11:25, 12:1, 12:22, 13:10, 18:2, 20:1, 20:13, 21:10
**judges** [1] - 7:23
**JUROR** [12] - 15:11, 15:13, 15:15, 15:17, 15:19, 15:21, 15:23, 15:25, 16:2, 16:4, 16:6, 16:8
**jurors** [2] - 13:20, 13:22
**Jury** [1] - 10:1
**jury** [33] - 3:17, 3:23, 4:1, 4:10, 4:15, 4:19, 4:21, 4:23, 7:9, 7:10, 8:9, 8:11, 9:2, 9:3, 10:8, 10:17, 12:3, 12:14, 12:17, 13:6, 13:11, 13:13, 13:15, 14:4, 14:10, 14:13, 14:17, 14:20, 14:23, 15:4, 16:12, 16:22, 16:23
**JURY** [8] - 1:10, 2:4, 2:6, 2:8, 2:9, 2:11, 2:13, 13:16
**jury's** [1] - 3:21

## K

**keep** [2] - 7:21, 7:22
**keeping** [1] - 8:22

**kind** [1] - 18:23
**knowingly** [1] - 14:8

## L

**ladies** [3] - 7:11, 15:5, 16:9
**Ladies** [3] - 4:1, 4:15, 10:17
**language** [1] - 5:19
**laser** [2] - 6:7, 6:11
**laser-focused** [2] - 6:7, 6:11
**last** [3] - 3:10, 10:7, 17:10
**Lauderdale** [1] - 1:21
**law** [8] - 7:24, 7:25, 8:1, 8:14, 8:15, 8:17, 8:23, 12:13
**least** [1] - 9:14
**legal** [1] - 6:23
**LEONARDO** [1] - 1:7
**Leonardo** [7] - 3:2, 14:5, 14:11, 14:18, 14:21, 14:24, 16:25
**less** [1] - 19:21
**letting** [1] - 7:1
**Lezama** [1] - 15:14
**line** [1] - 12:14
**listen** [1] - 8:18
**logistics** [1] - 9:11
**look** [5] - 3:14, 9:22, 10:11, 11:8, 12:6
**looked** [1] - 11:3
**lynch** [1] - 15:10

## M

**MACKENZIE** [1] - 1:15
**Magdalena** [2] - 3:18, 3:21
**March** [1] - 17:13
**marijuana** [2] - 14:9, 17:1
**Marshals** [2] - 9:12, 18:13
**Martinez** [1] - 16:5
**matter** [3] - 5:2, 19:18, 21:17
**matters** [2] - 9:8, 17:16, 18:4
**mean** [1] - 20:1
**meet** [2] - 3:13, 20:16
**members** [3] - 4:16, 8:3, 12:17
**Mendoza** [1] - 15:16
**MIAMI** [1] - 1:2
**Miami** [7] - 1:4, 1:16, 1:18, 1:24, 1:25, 21:21, 21:21

**might** [1] - 5:6
**Miguel** [6] - 14:5, 14:11, 14:18, 14:21, 14:24, 16:25
**MIGUEL** [1] - 1:7
**mind** [3] - 7:21, 7:22, 8:22
**moments** [1] - 16:20
**monday** [1] - 1:5
**Morales** [9] - 3:2, 3:13, 3:20, 14:5, 14:11, 14:18, 14:21, 14:24, 16:25
**MORALES** [1] - 1:7
**morning** [7] - 3:7, 3:8, 3:9, 3:16, 4:7, 7:11
**motion** [1] - 18:10
**moved** [1] - 21:2
**moves** [1] - 20:16
**moving** [2] - 19:2, 21:3
**MR** [37] - 3:8, 3:9, 3:20, 4:6, 4:7, 5:5, 5:12, 5:17, 5:22, 6:3, 6:23, 9:10, 9:18, 9:20, 10:22, 10:23, 11:3, 11:25, 12:6, 12:8, 12:12, 12:20, 12:22, 12:25, 13:9, 13:10, 17:17, 17:23, 18:2, 18:6, 18:23, 20:1, 20:12, 20:25, 21:6, 21:8, 21:10
**must** [2] - 4:2, 7:17

## N

**nature** [1] - 18:8
**need** [2] - 8:20, 19:21
**needs** [3] - 18:14, 18:17, 18:25
**next** [1] - 18:12
**NO** [1] - 1:2
**North** [3] - 1:24, 18:15, 21:21
**Northeast** [1] - 1:17
**note** [3] - 4:25, 8:12, 13:18
**notes** [1] - 14:1
**nothing** [2] - 12:20, 12:22

## O

**objection** [4] - 3:22, 4:6, 5:5, 5:19
**obligations** [1] - 16:13
**occasions** [1] - 16:12
**OF** [3] - 1:1, 1:4, 2:13
**offense** [8] - 11:11,

11:14, 11:16, 11:17, 11:18, 11:21, 11:23, 14:14
**office** [5] - 19:9, 19:19, 20:9, 20:15, 20:23
**Office** [1] - 1:16
**OFFICER** [4] - 7:9, 9:2, 13:12, 16:22
**officer** [4] - 4:25, 5:1, 7:1, 8:13
**Official** [1] - 1:23
**one** [6] - 4:15, 7:20, 8:3, 10:13, 16:12, 17:10
**open** [2] - 10:3, 13:2
**opportunity** [1] - 3:13
**oppose** [1] - 20:11
**opposition** [1] - 4:5
**order** [3] - 3:1, 17:14, 17:15
**outside** [1] - 7:1
**overall** [1] - 16:15

## P

**P.A** [1] - 1:19
**p.m** [10] - 1:8, 10:2, 10:3, 12:16, 13:1, 13:2, 13:13, 16:23, 21:12
**PAGE** [1] - 2:2
**page** [10] - 4:18, 4:20, 5:8, 5:12, 5:15, 5:21, 8:6, 8:7, 8:9, 10:20
**PAGES** [1] - 1:11
**paragraph** [1] - 10:20
**participation** [2] - 16:10, 16:14
**particular** [3] - 8:16, 18:25, 19:24
**parties** [3] - 17:14, 19:18, 21:7
**pass** [4] - 4:24, 5:1, 8:12, 13:17
**pattern** [4] - 10:11, 11:8, 12:3, 12:14
**pause** [1] - 13:25
**pending** [1] - 18:15
**perhaps** [4] - 3:16, 6:15, 17:17, 18:9
**permanently** [1] - 16:20
**pina** [1] - 15:12
**point** [3] - 9:11, 11:7, 18:12
**POLLING** [1] - 2:13
**position** [3] - 3:18, 5:3, 5:25
**possession** [1] -

10:14
**POWERS** [2] - 1:23, 21:20
**Powers** [1] - 21:19
**preceding** [1] - 5:8
**prepare** [1] - 19:10
**prepared** [1] - 19:17
**present** [1] - 18:12
**presentation** [1] - 6:10
**presented** [4] - 4:4, 7:18, 8:25, 9:23
**presentence** [3] - 19:10, 19:11, 19:14
**presiding** [1] - 3:6
**Prisons** [3] - 17:18, 18:7, 20:20
**probation** [4] - 19:9, 19:19, 20:9, 20:15, 20:23
**probation's** [1] - 20:13
**proceed** [1] - 7:12
**proceedings** [4] - 10:3, 13:2, 13:25, 21:16
**Proceedings** [1] - 21:12
**proper** [3] - 6:12, 19:12, 20:5
**properly** [1] - 18:16
**proposal** [1] - 12:14
**propose** [3] - 3:25, 4:14, 5:10
**proposed** [4] - 3:22, 5:19, 5:20, 12:1
**proposition** [1] - 4:8
**Prosecutions** [1] - 1:16
**provide** [2] - 7:15, 9:6
**provided** [1] - 4:1
**providing** [2] - 3:22, 8:1
**publish** [1] - 14:3
**published** [1] - 15:5
**put** [1] - 5:17

## Q

**QUESTION** [2] - 2:8, 2:9
**questions** [3] - 4:23, 7:13, 8:11
**QUESTIONS** [1] - 2:6
**quicker** [1] - 19:12, 20:18

## R

**raise** [1] - 9:10
**rationale** [2] - 5:24,

6:2
**reached** [2] - 13:6, 13:15
**read** [13] - 4:7, 4:17, 4:19, 6:20, 7:5, 8:5, 8:8, 11:4, 15:8, 15:10, 16:17
**reading** [3] - 4:22, 5:9, 8:10
**reads** [2] - 11:9, 11:17
**ready** [1] - 7:12
**really** [1] - 5:2
**reason** [3] - 13:7, 13:9, 13:22
**reasonable** [1] - 11:1
**received** [4] - 4:4, 7:19, 10:7, 13:5, 13:8, 18:6
**recess** [4] - 9:1, 9:25, 12:24, 13:1
**record** [1] - 7:3
**reduce** [1] - 19:4
**refers** [1] - 10:11
**regard** [6] - 3:17, 4:10, 5:3, 17:21, 18:3, 19:9
**regarding** [1] - 8:2
**related** [1] - 4:20
**relating** [1] - 8:8
**reluctant** [1] - 20:2
**remember** [2] - 4:2, 7:17
**reminded** [2] - 5:14, 6:8
**remove** [1] - 10:19
**report** [9] - 19:10, 19:11, 19:17, 19:20, 20:2, 20:4, 20:8, 20:18, 20:24
**REPORTED** [1] - 1:23
**Reporter** [1] - 1:23
**reports** [1] - 19:14
**request** [8] - 3:21, 4:12, 18:6, 18:10, 19:8, 19:25, 20:21, 20:22
**requested** [4] - 3:23, 4:2, 7:16, 18:19
**requesting** [5] - 3:17, 8:17, 8:21, 18:21, 20:11
**requests** [1] - 21:5
**resolve** [1] - 8:20
**resolves** [1] - 8:19
**respect** [5] - 4:9, 7:22, 14:7, 15:1, 17:25
**respond** [2] - 15:6, 15:9
**RESPONSE** [1] - 2:9
**response** [16] - 3:22,

3:25, 5:4, 5:16, 5:17, 7:5, 7:6, 7:14, 8:2, 9:6, 10:17, 10:21, 10:23, 12:2, 12:16
**responses** [3] - 7:13, 8:25, 9:22
**RESPONSES** [1] - 2:6
**retire** [1] - 16:21
**return** [2] - 13:19, 13:23
**reviewed** [1] - 9:24
**Rick** [1] - 18:7
**rise** [5] - 7:9, 9:2, 10:5, 13:4, 16:22
**robbery** [3] - 11:20, 14:9, 17:2
**Room** [1] - 1:17
**room** [3] - 13:23, 16:19, 16:21
**RPR** [1] - 21:20

## S

**S-11** [4] - 11:8, 12:3, 12:5, 12:6
**Salazar** [1] - 16:1
**Scheduled** [1] - 1:7
**scheduled** [1] - 17:12
**scheduling** [1] - 17:19
**seated** [6] - 3:7, 9:4, 10:6, 13:5, 13:14, 16:24
**second** [3] - 7:22, 9:5, 10:20
**Section** [2] - 1:16, 6:15
**security** [4] - 4:25, 5:1, 7:1, 8:13
**SECURITY** [4] - 7:9, 9:2, 13:12, 16:22
**see** [5] - 8:19, 11:25, 12:12, 19:22, 20:12
**seem** [2] - 10:16, 12:8
**send** [2] - 8:24, 18:14
**sent** [1] - 18:22
**sentence** [2] - 10:9, 20:5
**sentencing** [5] - 17:12, 17:14, 18:10, 18:16, 18:19
**service** [1] - 16:12
**serving** [1] - 7:25
**session** [3] - 3:10, 10:5, 13:4
**short** [2] - 10:10, 19:14
**shorten** [1] - 19:3
**sign** [1] - 13:21
**signed** [3] - 13:18, 14:2, 15:3

**situation** [1] - 18:24
**so..** [1] - 6:24
**soon** [1] - 19:19
**sooner** [1] - 20:10
**sorry** [1] - 17:9
**sounds** [1] - 12:2
**South** [2] - 18:14, 18:15
**Southeast** [1] - 1:20
**Southern** [1] - 3:5
**SOUTHERN** [1] - 1:1
**Spanish** [1] - 3:3
**speaks** [1] - 16:17
**special** [1] - 11:8
**Special** [1] - 1:16
**specific** [3] - 8:21, 10:17, 21:5
**specifically** [2] - 5:25, 20:21
**state** [1] - 19:3
**STATES** [3] - 1:1, 1:4, 1:12
**States** [8] - 1:16, 1:24, 3:4, 4:6, 9:18, 13:9, 21:8, 21:20
**stay** [1] - 19:3
**STENOGRAPHICAL LY** [1] - 1:22
**steps** [1] - 8:18
**still** [1] - 4:8
**Street** [2] - 1:17, 1:20
**subsequent** [1] - 3:18
**substance** [1] - 14:15
**substantive** [9] - 10:12, 10:13, 11:14, 11:16, 11:17, 11:18, 11:21, 11:23, 20:3
**sufficient** [1] - 5:18
**Suite** [1] - 1:20
**suited** [1] - 18:17
**suppose** [1] - 6:1

## T

**terms** [1] - 17:15
**testimony** [2] - 4:3, 7:18
**THE** [70] - 1:12, 1:15, 1:19, 2:6, 2:8, 2:10, 2:13, 3:7, 3:10, 3:24, 4:9, 5:10, 5:16, 5:21, 5:24, 6:14, 6:25, 7:4, 7:11, 9:4, 9:17, 9:21, 10:6, 11:2, 11:7, 12:5, 12:7, 12:10, 12:16, 12:23, 13:5, 13:11, 13:14, 13:17, 14:1, 15:11, 15:12, 15:13, 15:14, 15:15, 15:16, 15:17, 15:18,

15:19, 15:20, 15:21, 15:22, 15:23, 15:24, 15:25, 16:1, 16:2, 16:3, 16:4, 16:5, 16:6, 16:7, 16:8, 16:9, 16:24, 17:20, 17:24, 18:3, 18:18, 19:7, 20:7, 20:15, 21:1, 21:7, 21:11
**theory** [6] - 4:19, 5:13, 6:1, 6:8, 6:12, 8:8
**thereto** [1] - 5:11
**three** [1] - 10:14
**throughout** [1] - 9:13
**Thursday** [1] - 17:12
**TO** [2] - 2:6, 2:9
**today** [1] - 9:11
**Tower** [1] - 1:20
**transcript** [11] - 3:11, 3:17, 3:21, 3:23, 3:25, 4:2, 7:7, 7:16, 7:20, 8:25, 9:7
**transcription** [1] - 21:16
**transcripts** [1] - 9:23
**trial** [3] - 4:4, 7:19, 16:10
**TRIAL** [1] - 1:10
**try** [1] - 8:18
**trying** [1] - 12:4
**two** [6] - 7:7, 7:13, 7:16, 7:23, 8:24, 10:13
**type** [1] - 19:15
**typical** [2] - 19:21, 20:10
**typically** [2] - 19:13, 19:15

## U

**U.S.C** [2] - 6:19, 6:21
**unanimous** [1] - 13:15
**unanimously** [7] - 14:4, 14:7, 14:10, 14:14, 14:17, 14:20, 14:23
**unclear** [1] - 19:7
**UNITED** [3] - 1:1, 1:4, 1:12
**United** [8] - 1:16, 1:24, 3:4, 4:6, 9:18, 13:9, 21:8, 21:20
**unusual** [1] - 20:2

## V

**VAZQUEZ** [19] - 1:15, 3:9, 4:6, 5:5, 5:12, 5:22, 6:3, 9:10, 9:18,

10:22, 12:20, 13:9, 17:17, 17:23, 18:6, 18:23, 20:25, 21:6, 21:8
**Vazquez** [2] - 3:12, 5:4
**verbal** [1] - 4:13
**VERDICT** [1] - 2:11
**verdict** [20] - 13:6, 13:7, 13:15, 13:17, 13:18, 13:20, 14:1, 14:3, 14:15, 15:5, 15:6, 15:8, 15:10, 16:16, 16:17, 17:21, 17:25
**version** [1] - 9:5
**view** [2] - 3:11, 6:13
**vs** [1] - 1:5

## W

**weighing** [4] - 14:16, 15:2, 17:4, 17:11
**wherein** [1] - 10:8
**Wilcox** [1] - 16:7
**word** [3] - 10:8, 10:20, 18:13
**words** [1] - 19:8
**write** [2] - 4:24, 8:12
**written** [5] - 3:25, 7:4, 7:5, 7:14, 9:22

## Y

**yesterday** [2] - 3:15, 4:7

## Z

**ZACCA** [20] - 1:19, 3:8, 3:20, 4:7, 5:17, 6:23, 9:20, 10:23, 11:3, 11:25, 12:6, 12:8, 12:12, 12:22, 12:25, 13:10, 18:2, 20:1, 20:12, 21:10
**Zacca** [5] - 1:19, 6:17, 18:12, 19:5, 19:24
**Zacca's** [1] - 3:12